UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENDA THOMAS,

      Plaintiff,

                                     Case No. 8:16-cv-01581-EAK-TBM

v.

NAVIENT SOLUTIONS, INC.,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Navient Solutions, Inc. (NSI) by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 10, 2016

                                      Respectfully submitted,

                                      /s/ Rachel A. Morris
                                      Rachel A. Morris, Esq.
                                      Florida Bar No. 0091498
                                      Dayle M. Van Hoose, Esq.
                                      Florida Bar No. 0016277
                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                      3350 Buschwood Park Drive, Suite 195
                                      Tampa, FL 33618
                                      Telephone:   (813) 890-2469
                                      Facsimile:    (866) 466-3140
                                      ramorris@sessions-law.biz
                                      dvanhoose@sessions-law.biz

*Attorneys for Defendant,*
*Navient Solutions, Inc.,*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of November 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system or U.S. First Class Mail including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Christopher Legg, Esq.
Buchwald Legg, PLLC
3837 Hollywood Blvd., Ste. B
Hollywood, FL 33021
ChrisLeggLaw@gmail.com

/s/ Rachel A. Morris
Attorney